UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:      18-25585-JKS |
| | Chapter:      7 |
| **Depue, Jonathan L** | |
| **Wuebker, Peggy A** | Judge:      John K. Sherwood |
| **Debtor(s).** | |

---

### NOTICE OF PROPOSED ABANDONMENT

---

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| |
|---|
| **Address of the Clerk:**    Clerk of the Court |
| 50 Walnut Street |
| Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on October 16, 2018 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D.  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

1. 9 Stratfordshire Drive, Sussex, NJ 07461 - Value $300,000
2. 6 Steamboat Drive, Vernon, NJ 07462 - Value $110,000

**Liens on property**:

1. $305,655.54
2. $123,000.00

**Amount of equity claimed as exempt:**

$0.00

$0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:                                                    Case No. 18-25585-JKS
Jonathan L Depue                                          Chapter 7
Peggy A Wuebker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 2        Date Rcvd: Sep 19, 2018
                            Form ID: pdf905       Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db/jdb         +Jonathan L Depue,   Peggy A Wuebker,   9 Stratfordshire Drive,   Sussex, NJ 07461-4224
517683207      +Amerihome Mtg Co, Llc,   21300 Victory Blvd Ste 2,   Woodland Hills, CA 91367-2525
517683208      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
517683209      +Atlantic Health System,   P.O Box 36458,   Newark, NJ 07188-6406
517683210       Atlantic Medical Group,   P.O Box 419101,   Boston, MA 02241-9101
517683211      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
517683212      +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
517683219       CMRE Financial Services, Inc,   3075 E. Imperial HWY,   Suite 200,   Brea, CA 92821-6753
517683226      +CSC / BB&T Corp,   4251 Fayetteville Road,   Lumberton, NC 28358-2678
517683215      +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517683216      +Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
517683217      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                St Louis, MO 63179-0034
517683218      +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                Saint Louis, MO 63179-0040
517683223      +Costco Go Anywhere Citicard,   Citicorp Credit Services/Centralized Ban,   Po Box 790040,
                St. Louis, MO 63179-0040
517683224      +Credit Bureau Systems Inc,   1035 Frederica St #200,   Owensboro, KY 42301-3000
517683225      +Credit First National Assoc,   Attn: BK Credit Operations,   Po Box 81315,
                Cleveland, OH 44181-0315
517683228      +Emergency Physicians of St. Claires, LLC,   25 Pocono Road,   Denville, NJ 07834-2954
517683229      +First National Bank,   Attn: Tina,   1620 Dodge St Mailstop 4440,   Omaha, NE 68197-0002
517683230      +Hamburg Medical Associates,   17 Route 23,   Hamburg, NJ 07419-1419
517683231      +Kim Roman,   6 Steamboat Drive,   Vernon, NJ 07462-4527
517683232       Maternal Fetal Medicine,   P.O Box 416524,   Boston, MA 02241-6524
517683234      +Ned Stevens Gutter Cleaning,   11 Daniel Rd East,   Fairfield, NJ 07004-2506
517683235      +Newton Pediatrica Hospitalists,   P.O Box 116,   Totowa, NJ 07511-0116
517683236      +Overlook Hospital,   99 Beauvoir Ave,   Summit, NJ 07901-3595
517683238       PHH Mortgage,   3000 Leandenhall Rd,   Mount Laurel, NJ 08054
517683240      +Specialty Surgical Center,   380 Lafayette Rd,   Sparta, NJ 07871-3556
517683249       Target,   Target Card Services,   Mail Stop NCB-0461,   Minneapolis, MN 55440
517683250      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: US Bank,   P.O Box 108,   Saint Louis, MO 63166)
517683252      +Vengroff Williams, Inc,   P.O Box 4155,   Sarasota, FL 34230-4155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 00:13:58     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 00:13:55     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517683205       E-mail/Text: mreed@affcollections.com Sep 20 2018 00:14:00     Accurate Collection Services,
                17 Prospect Street,   Morristown, NJ 07960-6862
517683206      +E-mail/Text: bankruptcies@amerassist.com Sep 20 2018 00:15:16     AmerAssist,   P.O Box 26095,
                Columbus, OH 43226-0095
517683213      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 00:20:36     Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517683214      +E-mail/Text: bankruptcy@certifiedcollection.com Sep 20 2018 00:13:47
                Certified Credit Collection,   PO Box 336,   Raritan, NJ 08869-0336
517683220      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 00:13:35     Comenity Bank/Lane Bryant,
                Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517683221      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 00:13:35     Comenity Bank/Pottery Barn,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
517683222      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 00:13:35     Comenity/Crate & Barrell,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
517683227      +E-mail/Text: mrdiscen@discover.com Sep 20 2018 00:12:59     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
517683233      +E-mail/Text: bkr@cardworks.com Sep 20 2018 00:12:45     Merrick Bank/CardWorks,
                Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517683237      +E-mail/Text: recovery@paypal.com Sep 20 2018 00:12:55     Paypal Credit,
                2211 North First Street,   San Jose, CA 95131-2021
517683241      +E-mail/Text: jennifer.chacon@spservicing.com Sep 20 2018 00:15:13     SPS Mortgage,
                P.O. Box 65250,   Salt Lake City, UT 84165-0250
517683242      +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:30     Syncb/Toys 'R' Us,
                Attn: Bankruptcy,   Po Box 965004,   Orlando, FL 32896-5004
517683673      +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:29     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517683243      +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:19:57     Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517683244      +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:19:58     Synchrony Bank/Amazon,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517683245      +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:19:57     Synchrony Bank/American Eagle,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 19, 2018
                              Form ID: pdf905          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517683246     +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:30       Synchrony Bank/Lowes,
                Attn: Bankruptcy Dept,  Po Box 965060,  Orlando, FL 32896-5060
517683247     +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:30       Synchrony Bank/Old Navy,
                Attn: Bankruptcy Dept,  Po Box 965060,  Orlando, FL 32896-5060
517683248     +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:30       Synchrony Bank/Walmart,
                Attn: Bankruptcy Dept,  Po Box 965060,  Orlando, FL 32896-5060
                                                                              TOTAL: 21
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517683251*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank/RMS CC,  Attn: Bankruptcy,  Po Box 5229,
               Cincinnati, OH 45201)
517683239     ##Primary Care Partners,   P.O Box 2403,   Voorhees, NJ 08043-6403
                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
```
         Donald V. Biase    dbiase4236@gmail.com,
          dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
         James C. Zimmermann    on behalf of Joint Debtor Peggy A Wuebker jim@jzlawyer.com,
          jim@jzlawyer.com
         James C. Zimmermann    on behalf of Debtor Jonathan L Depue jim@jzlawyer.com,  jim@jzlawyer.com
         Melissa S DiCerbo    on behalf of Creditor   AmeriHome Mortgage Company, LLC
          nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
         Rebecca Ann Solarz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
          2017-1 rsolarz@kmllawgroup.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6
```