Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  18–25585–JKS
           Chapter:  7
           Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jonathan L Depue<br>9 Stratfordshire Drive<br>Sussex, NJ 07461 | Peggy A Wuebker<br>9 Stratfordshire Drive<br>Sussex, NJ 07461 |

Social Security No.:
  xxx–xx–1789                                     xxx–xx–9319

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 19, 2018</u>         <u>John K. Sherwood</u>
                                                Judge, United States Bankruptcy Court